**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

Maykor Jose Gonzalez Olivier,

              Petitioner,

    - against -

Markwayne Mullin, David J. Venturella, Kenneth
Genalo, Todd Blanche, and Raul Maldonado, Jr.,

             Respondents.
------------------------------------------------------------X

**ORDER**

No. 26-CV-04561 (RER)

**RAMÓN E. REYES, JR., District Judge:**

The petition for writ of habeas corpus (ECF No.1) is granted, with a decision to follow. Petitioner, Maykor Jose Gonzalez Olivier (Alien Number 244-249-877), is to be released forthwith. Respondents are directed to file a letter regarding their compliance with this order no later than **12:00 P.M. on Thursday, August 13, 2026**.

    SO ORDERED.

<u>/s/ Ramón E. Reyes, Jr.</u>

RAMÓN E. REYES, JR.
United States District Judge

Dated: August 12, 2026
       Brooklyn, New York